1  HARVEY P. SACKETT (72488)

**SACKETT AND HERRERA**
A PROFESSIONAL LAW CORP.

1055 Lincoln Avenue
Post Office Box 5025
San Jose, California 95150-5025
Telephone: (408) 295-7755
Facsimile:  (408) 295-7444


Attorney for Plaintiff

/jgl

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| SHEILA R. ELLIOTT, | ) Case No:  2:11-cv-02990-CKD |
| Plaintiff, | ) |
| v. | ) STIPULATION AND ~~PROPOSED~~ ORDER |
| MICHAEL J. ASTRUE, Commissioner, Social Security Administration, | ) |
| Defendant. | ) |

Plaintiff and Defendant, through their respective attorneys, hereby stipulate that Plaintiff shall have a first extension of time of (10) days up through and including Thursday, May 3, 2012 in which to e-file her Motion for Summary Judgment.  This extension is necessitated by the number of cases (3) the firm presently has pending before this and other district courts that require briefing.

BENJAMIN B. WAGNER
United States Attorney

Dated: April 20, 2012                     */s/BRENDA M. PULLIN*
BRENDA M. PULLIN
Special Assistant U.S. Attorney
Social Security Administration
Attorney for Defendant

Dated: April 20, 2012                     */s/HARVEY P. SACKETT*
HARVEY P. SACKETT
Attorney for Plaintiff
SHEILA R. ELLIOTT

IT IS SO ORDERED.

Dated: April 24, 2012

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

STIPULATION AND ORDER                     2