1  HARVEY P. SACKETT (72488)

**SACKETT AND HERRERA**
A PROFESSIONAL LAW CORP.

1055 Lincoln Avenue
Post Office Box 5025
San Jose, California 95150-5025
Telephone: (408) 295-7755
Facsimile:  (408) 295-7444


Attorney for Plaintiff

/jgl


UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION


| | |
|---|---|
| SHEILA R. ELLIOTT, | ) Case No:  2:11-cv-02990-CKD |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) STIPULATION AND ~~PROPOSED~~ ORDER |
| | ) |
| MICHAEL J. ASTRUE, | ) |
| Commissioner, | ) |
| Social Security Administration, | ) |
| | ) |
| Defendant. | ) |
| | ) |

Plaintiff and Defendant, through their respective attorneys, hereby stipulate that Plaintiff shall have a first extension of time of (10) days up through and including Thursday, May 3, 2012 in which to e-file her Motion for Summary Judgment.  This extension is necessitated by the number of cases (3) the firm presently has pending before this and other district courts that require briefing.

| | |
|---|---|
| | BENJAMIN B. WAGNER |
| | United States Attorney |

Dated: April 20, 2012                                        /s/BRENDA M. PULLIN
                                                             BRENDA M. PULLIN
                                                             Special Assistant U.S. Attorney
                                                             Social Security Administration
                                                             Attorney for Defendant


Dated: April 20, 2012                                        /s/HARVEY P. SACKETT
                                                             HARVEY P. SACKETT
                                                             Attorney for Plaintiff
                                                             SHEILA R. ELLIOTT


IT IS SO ORDERED.


Dated: April 24, 2012

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

SACKETT AND HERRERA
A PROFESSIONAL LAW CORP.
1055 Lincoln Avenue
Post Office Box 5025
San Jose, CA 95150-5025
Phone (408) 295-7755

STIPULATION AND ORDER                    2