HARVEY P. SACKETT (72488)
**SACKETT AND HERRERA**
A PROFESSIONAL LAW CORP.
1055 Lincoln Avenue
Post Office Box 5025
San Jose, California 95150-5025
Telephone: (408) 295-7755
Facsimile: (408) 295-7444

/jgl

Attorney for Plaintiff

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SACRAMENTO DIVISION

| | |
|---|---|
| SHEILA R. ELLIOTT, ) | No.: 2:11-cv-02990-CKD |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | STIPULATION AND PROPOSED ORDER FOR |
| ) | DISMISSAL |
| MICHAEL J. ASTRUE, ) | |
| Commissioner, Social Security ) | |
| Administration, ) | |
| ) | |
| Defendant. ) | |

   Plaintiff and Defendant, through their respective attorneys, hereby stipulate that this matter be dismissed in its entirety without prejudice. Each party shall bear their own attorney's fees and costs.

1
STIPULATION AND PROPOSED ORDER FOR DISMISSAL

BENJAMIN B. WAGNER
United States Attorney

Dated: May 3, 2012

*/s/BRENDA M. PULLIN*
BRENDA M. PULLIN
Special Assistant U.S. Attorney
Social Security Administration
Attorney for Defendant

Dated: May 8, 2012

*/s/HARVEY P. SACKETT*
HARVEY P. SACKETT
Attorney for Plaintiff
SHEILA R. ELLIOTT

IT IS SO ORDERED.

Dated: May 8, 2012

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

STIPULATION AND PROPOSED ORDER FOR DISMISSAL