HARVEY P. SACKETT (72488)
**SACKETT AND HERRERA**
A PROFESSIONAL LAW CORP.
1055 Lincoln Avenue
Post Office Box 5025
San Jose, California 95150-5025
Telephone: (408) 295-7755
Facsimile: (408) 295-7444

/jgl

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| SHEILA R. ELLIOTT,<br><br>    Plaintiff,<br><br>v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner, Social Security<br>Administration,<br><br>    Defendant. | No.:  2:11-cv-02990-CKD<br><br>STIPULATION AND PROPOSED ORDER FOR DISMISSAL |

Plaintiff and Defendant, through their respective attorneys, hereby stipulate that this matter be dismissed in its entirety without prejudice. Each party shall bear their own attorney's fees and costs.

1
STIPULATION AND PROPOSED ORDER FOR DISMISSAL

BENJAMIN B. WAGNER
United States Attorney

Dated: May 3, 2012                        */s/BRENDA M. PULLIN*
                                          BRENDA M. PULLIN
                                          Special Assistant U.S. Attorney
                                          Social Security Administration
                                          Attorney for Defendant


Dated: May 8, 2012                        */s/HARVEY P. SACKETT*
                                          HARVEY P. SACKETT
                                          Attorney for Plaintiff
                                          SHEILA R. ELLIOTT

IT IS SO ORDERED.

Dated: May 8, 2012

                                          _____
                                          CAROLYN K. DELANEY
                                          UNITED STATES MAGISTRATE JUDGE

2

STIPULATION AND PROPOSED ORDER FOR DISMISSAL